| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: | Rawsthorne | Telephone: | (810) 766-5177 |
|---|---|---|---|---|
| | Special Agent: | Thompson, FBI | Telephone: | (810) 239-5775 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Brandon Shane Pinard, | Case No. | Case: 4:26−mj−30077<br>Assigned To : Ivy, Curtis, Jr<br>Assign. Date : 2/13/2026<br>Description: USA V. PINARD (NA) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 12, 2026__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1466A(b) | possession of obscene visual representation of the sexual abuse of children |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about February 12, 2026, Brandon Shane Pinard, committed violations of 18 U.S.C. § 1466A(b), relating to possession of obscene visual representations of the sexual abuse of children.

☑ Continued on the attached sheet.

_Complainant's signature_

Justin Thompson, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: February 13, 2026

_Judge's signature_

City and state: Flint, MI

Hon. Curtis Ivy, Jr.  United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT
# AND ARREST WARRANT

I, Justin M. Thompson, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ). I have been so employed since March 2024. I am currently assigned to the FBI's Detroit Division, Flint Resident Agency (FLRA) as a member of the Northeast Michigan Trafficking and Exploitation Crimes Task Force (NEMTEC) which is a Federal Bureau of Investigation (FBI) managed task force. It is tasked with addressing Crimes Against Children and Human Trafficking threats in coordination and cooperation with its local and state partners. I was previously employee as a police officer for Livonia Police Department for eleven years. During my previous employment, I was assigned and investigated numerous criminal cases including investigations involving child victims. As part of my employment, I have received training in and been involved in investigations regarding human trafficking, exploitation of children, drug trafficking, money laundering, threats, financial crimes, crimes involving gang related activities, child pornography and other violations of federal law. I have been involved with several investigations regarding child pornography and the

1

exploitation of children through the internet. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Brandon Shane Pinard for violations of 18 U.S.C. § 1466A(b), relating to possession of obscene visual representations of the sexual abuse of children on February 12, 2026.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

4. On February 11, 2026, at 9:37 PM, I received an email from Witness One, whose identity is known to the FBI. On February 12, 2026, I opened the email and discovered Witness One referenced prior suspicious child sexual exploitation behavior from Brandon Pinard, including requesting images of their child's feet to

masturbate to. Witness One attached a video to the email. Within the email, Witness One stated they had other videos but were unable to attach them to the email.

5.   On February 12, 2026, I reviewed the video Witness One attached to the email. The video was a recording of a separate cell phone's Google Photo Gallery. The Google Photos Account that was being captured was identified in the video as brandon****pinard@gmail.com and below the email listed the name Brandon Pinard. Within the Google Photos Gallery, a video was selected showing a young boy sitting on a chair wearing no shirt and basketball shorts. Within the video, the boy stood up from the chair, pulled down their shorts, and exposed their penis to the camera. The focal point of the video was the pre-pubescent male's penis.

6.   Witness One was interviewed following the discovery of the child pornography. Witness One explained they were with Brandon Pinard since Saturday (February 7, 2026). Within that period, Pinard gave Witness One access to his phone and provided Witness One with his cell phone passcode, 011401. While accessing Pinard's cell phone, Witness One observed the previously described child pornographic video. Witness One identified the child in the pornographic video as their fourteen-year-old son. Witness One believed their son was approximately twelve years old in the video. Witness One also believed the child pornographic video was produced through artificial intelligence (AI) due to their child's genitals

3

and groin looking different compared to reality. Witness One was aware that Pinard previously utilized AI with non-pornographic images of adults and made them pornographic in nature. After Witness One identified the child pornographic video of their son, they recorded the video documenting the child pornography and sent the information to the FBI, as described above. Witness One stated during the period they were with Pinard, he informed Witness One if they ever went to the cops again, he would kill them and their family. Witness One believed this was in reference to a prior assault between Pinard and Witness One that was reported to law enforcement.

7. Witness One provided me with consent to search their cell phone. I searched Witness One's cell phone and located the email previously sent by Witness One to the FBI that contained the filename for the video containing child pornography. I was unable to locate the video Witness One recorded in their image gallery. When asked about the video file, Witness One was shown their image galley and concluded the video must have been deleted by Pinard who also had access to their phone. Witness One stated there were several images and videos within a section of their phone that were now gone.

8. On February 12, 2026, law enforcement located Brandon Pinard leaving a residence in Burton, Michigan, which is located within the Eastern District of Michigan. Pinard was stopped by Burton Police Department, arrested, and

4

transported to Burton Police Department. At the time of the arrest, Pinard had a Samsung Galaxy cell phone on his person which was seized by law enforcement on scene.

9. Following the arrest, I interviewed Brandon Pinard at the Burton Police Department. In a post-Miranda statement, Pinard identified the Samsung Galaxy cell phone seized at the stop as belonging to him. Pinard identified one of his Google accounts as brandon****pinard@gmail.com. Pinard explained that he utilized AI applications on his phone but did not recall the exact applications. Pinard subsequently explained that he previously utilized AI applications to make pornographic files of known adults but did not make pornographic files containing children. Pinard explained the only images of boys on his phone were of his nephews and Witness One's child. Pinard recalled an image of a boy on his phone shirtless but their genitals were not exposed.

10. Brandon Pinard provided consent to search his Samsung Galaxy cell phone and provided the passcode. I searched the Samsung Galaxy cell phone and located the Google Photos Application. The Google account associated with the Google Photos Application was brandon****pinard@gmail.com. Within the Google Photos Gallery, I located two child pornographic videos, and two child pornographic images, all depicting pre-pubescent male genitals. The timestamp

5

within the gallery for the videos was listed as December 30, 2025. One of the child pornography videos was identified as the same video previously described depicting Witness One's child. Also, within the Google Photos Gallery, I located several images of Brandon Pinard, including an image of his Michigan Driver's License.

11. I know that parts of the Samsung Galaxy cell phone are manufactured outside of the State of Michigan. I also know that Google Applications utilize the internet, an instrumentality of interstate and foreign commerce, to save and transfer information.

12. Based on the aforementioned facts, there is probable cause to believe that Brandon Shane Pinard committed violations of 18 U.S.C. § 1466A(b), relating to possession of obscene visual representations of the sexual abuse of children on February 12, 2026.

Justin M. Thompson
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 13th day of February, 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge