UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

BRANDON SHANE PINARD,

          Defendant.

Case No. 26-mj-30077

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

---

## MOTION AND BRIEF FOR LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

---

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against defendant Brandon Shane Pinard. In this case, the government needs additional time

  1) to develop and obtain evidence sufficient to establish defendant guilt beyond a reasonable doubt;

*See generally United States v. Lovasco*, 431 U.S. 783,790-96 (1977); 18 U.S.C. § 3161(d)(1).

The government's ability to prosecute this case properly would be substantially impaired were it required to proceed to indictment or information within the period prescribed by the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b),

3161(h).   Accordingly, the government requests leave to dismiss the complaint without prejudice.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/CHRISTOPHER W. RAWSTHORNE*
Christopher W. Rawsthorne , P84401
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Christopher.Rawsthorne@usdoj.gov
(810) 766-5177

Dated: March 12, 2026